### (January 28, 1969)

■ CLAIRE E. PETERS, Respondent, v. ALFRED GERSCH, Appellant, and JACK V. NEARING, Respondent.—Motion granted, without costs. Appeal may not be taken from a verdict but only from the judgment entered thereon, and it appears that no judgment has been entered as yet. Gibson, P. J., Herlihy, Reynolds, Aulisi and Greenblott, JJ., concur.

### FOURTH DEPARTMENT, JANUARY, 1969

### (January 9, 1969)

■ ALTA R. GOURLAY, as Administrator of the Estate of DONALD M. GOURLAY, Deceased, Appellant, v. EDWARD COOLEY, Respondent.—Judgment and order unanimously reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event. Memorandum: The verdict was contrary to the evidence. (Appeal from judgment and order of Ontario Trial Term, dismissing complaint in action for damages for wrongful death; order denied motion for a new trial.) Present — Bastow, P. J., Goldman, Del Vecchio, Marsh and Henry, JJ.